STATE EX REL. SCHWENKER, Appellant, vs. DISTRICT COURT OF MILWAUKEE COUNTY and PAGE, District Judge, Respondents.

*December 11, 1931—January 12, 1932.*

For the appellant there was a brief by *Gilbert, Ela, Heilman & Raeder* of Madison and *Miller, Mack & Fairchild* of Milwaukee, and oral argument by *Paul R. Newcomb* of Milwaukee and *Roman Heilman.*

For the respondents there was a brief by the *Attorney General, George A. Bowman,* district attorney of Milwaukee county, and *Walter J. Hofer,* deputy district attorney, and oral argument by *Mr. Bowman* and *Mr. Hofer.*

FAIRCHILD, J. The petitioner is charged with a criminal violation of sec. 221.41 of the Wisconsin Statutes.

It is alleged that he, while commissioner of banking of the state of Wisconsin, failed, refused, and wilfully neglected to institute proceedings to secure a dissolution and winding up of the affairs of the Franklin State Bank, a Wisconsin corporation, for the reason that the directors, officers, agents, and employees of said bank continued to violate the provisions of ch. 221 of the Wisconsin Statutes after being warned by the said commissioner to discontinue such conduct.

This action is similar to and controlled by the decision in *State ex rel. Schwenker v. District Court of Milwaukee County,* decided herewith (*ante,* p. 600, 240 N. W. 406). Here, as in that case, the criminal complaint, taking into consideration the plea in abatement filed by the defendant, shows conclusively that no offense was committed by the petitioner in Milwaukee county, and hence no offense charged.

*By the Court.*—Order reversed, and cause remanded with directions to grant the writ.